UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                                  CASE NO. 15-60553
CHAPTER 13

JAMES ANDREW PAYNE
KRISTIE ARTHUR PAYNE                     JUDGE REBECCA B. CONNELLY

        DEBTORS                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Herbert L. Beskin files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK TRUST N.A.

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 005-PRE | XXXXXXXXXXXXXXXXXXX | $27,339.81 | $27,339.81 | $27,339.81 |
| Total Amount Paid by Trustee | | | | $27,339.81 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X**   Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-60553

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 8th day of July, 2019.

JAMES ANDREW PAYNE, KRISTIE ARTHUR PAYNE, 1190 WHISTLE LANE, MONETA, VA 24121

ELECTRONIC SERVICE - RICHARD DANIEL SCOTT, ESQ., 302 WASHINGTON AVENUE SW, ROANOKE, VA  24016

BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, SUITE 400, IRVING, TX  75038

ELECTRONIC SERVICE - United States Trustee

Date:  July 08, 2019                                        /s/ Herbert L. Beskin
                                                            Herbert L. Beskin
                                                            Chapter 13 Trustee
                                                            P.O. Box 2103
                                                            Charlottesville, VA  22902
                                                            Ph: 434-817-9913; Email:
                                                            ch13staff@cvillech13.net